JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ LAW OFFICES
700 SOUTH 3RD STREET
Las Vegas, Nevada 89101
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:10-CR-00417-KJD-LRL |
| Plaintiff, | |
| vs. | **ORDER** |
| JOSE MAX BRIDGES, | |
| Defendant. | |

    IT IS HEREBY ORDERED that Dr. Mark Chambers be allowed a contact visit with Defendant Jose Max Bridges at the Nevada Southern Detention Center at a time which is mutually convenient.

    DATED this 29th day of November, 2010.

_____
U.S. MAGISTRATE JUDGE

3